UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                25 Cr. 252 (LGS)

        -against-

                                                SCHEDULING ORDER

DENNIS OSTERMANN,
                          Defendant.
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that Defendant Dennis Ostermann's sentencing hearing will be held on **September 29, 2025**, at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.  Defendant's sentencing submission, if any, shall be filed on or before **September 8, 2025**.  The Government's pre-sentencing submission, if any, shall be filed by **September 11, 2025.**

Dated: June 27, 2025
       New York, New York

                                                        LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE