UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :

          - v. –                                    :

DENNIS OSTERMANN,                     :

          Defendant.                         :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

25 Cr. 252 (LGS)

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on June 2, 2025;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         September 23, 2025

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE