UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                    :

UNITED STATES OF AMERICA,         :

                                     :        25 Cr. 252 (LGS)

          -against-           :

                                     :        <u>ORDER</u>

DENNIS OSTERMANN,           :

                        Defendant.  :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      It is hereby **ORDERED** that sentencing currently scheduled for September 29, 2025 is

adjourned to **December 16, 2025, at 11:00 a.m.**

Dated: September 26, 2025
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**