UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X
                                         :

UNITED STATES OF AMERICA,        :

                                 :

                                 :        25 Cr. 252 (LGS)

            -against-           :

                                 :        <u>ORDER</u>

DENNIS OSTERMANN,         :

                     Defendant.  :

---------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing previously scheduled for

December 16, 2025, is adjourned to **February 9, 2026, at 11:00 a.m.**

Dated: December 22, 2025
       New York, New York

                                      **LORNA G. SCHOFIELD**
                             **UNITED STATES DISTRICT JUDGE**