UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

DENNIS OSTERMANN,

                         Defendant.

-------------------------------------------------------------- X

25 Cr. 252 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that the sentencing hearing currently scheduled for February 9, 2026, is adjourned to **March 24, 2026, at 11:00 a.m.** due to a conflict in the Court's schedule.

Dated: February 4, 2026
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**